IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTONIO PANLASIGUI and LEE-ANN PANLASIGUI,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A. and DOES 1–20 inclusive,<br><br>          Defendants.<br>_____ | CV. NO. 11-00155 DAE-KSC |

ORDER: (1) DISMISSING ACTION WITHOUT PREJUDICE;
(2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; (3) VACATING HEARING

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On March 10, 2011, Plaintiffs Antonio Panlasigui and Lee-Ann Panlasigui (collectively, "Plaintiffs"), filed a Complaint in this Court against Defendant Bank of America, N.A. ("Defendant"). (Doc. # 1.) On May 2, 2011, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (Doc. # 9), which the Court set for hearing on August 29, 2011 (Doc. # 12). On July 7, 2011, Plaintiffs filed a Notice of Dismissal. (Docs. # 14.)

In accordance with Plaintiffs' request, the Court hereby DISMISSES WITHOUT PREJUDICE the instant action and DENIES AS MOOT Defendant's

Motion to Dismiss (Doc. # 9).  The August 29, 2011 hearing on the Motion to Dismiss is hereby VACATED.  The Clerk of the Court is directed to close this case.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, July 11, 2011.



        David Alan Ezra
        United States District Judge

<u>Panlasigui et al. v. Bank of American, N.A. et al.</u>, Cv. No. 11-00155 DAE-KSC; ORDER: (1) DISMISSING ACTION WITHOUT PREJUDICE; (2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; (3) VACATING HEARING